**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: STAND 'N SEAL | ) | MDL CASE NO: |
| PRODUCTS LIABILITY LITIGATION | ) | 1:07-md-1804-TWT |
| | ) | |
| | ) | ALL CASES |

**DEFENDANT ROANOKE COMPANIES GROUP INC. ("OLD ROANOKE")
NOW BRTT INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE
STATEMENT**

COMES NOW ROANOKE COMPANIES GROUP INC. ("OLD ROANOKE") now BRTT INC., by and through its undersigned attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states as follows:

1. BRTT, INC., f/k/a Roanoke Companies Group, Inc., is a Missouri corporation.

2. No publicly held entity owns 10% or more of BRTT, INC.'s stock and there are no parent corporations.

1

Respectfully submitted this 29th day of June, 2007.

                                        PRETZEL & STOUFFER, CHARTERED

                                        By:   /s/     Edward B. Ruff, III

                                        Edward B. Ruff, III (IL Bar No. 6181322)
                                        Attorneys for ROANOKE COMPANIES GROUP INC. ("Old Roanoke") now BRTT INC.

Edward B. Ruff, III, Esq.
Michael P. Turiello, Esq.
Attorneys for ROANOKE COMPANIES GROUP INC. ("Old Roanoke") now BRTT INC.
PRETZEL & STOUFFER, CHARTERED
One South Wacker Dr., Suite 2500
Chicago, IL 60606
312-346-1973
312/346-8242

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

I hereby certify that the attached **DEFENDANT ROANOKE COMPANIES GROUP INC. ("Old Roanoke") now BRTT INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** is in compliance with paper filing requirement of Local Rule 5.1B, uses Times New Roman 14 point font, as approved by the Northern District of Georgia in Local Rule 5.1C.

By: /s/ Edward B. Ruff, III

Edward B. Ruff, III (IL Bar No. 6181322)
Attorneys for ROANOKE COMPANIES GROUP INC. ("Old Roanoke") now BRTT INC.

Edward B. Ruff, III, Esq.
Michael P. Turiello, Esq.
Attorneys for ROANOKE COMPANIES GROUP INC. ("Old Roanoke") now BRTT INC.
PRETZEL & STOUFFER, CHARTERED
One South Wacker Dr., Suite 2500
Chicago, IL 60606
312-346-1973
312/346-8242

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: STAND 'N SEAL | ) | MDL CASE NO: |
| PRODUCTS LIABILITY LITIGATION | ) | 1:07-md-1804-TWT |
| | ) | |
| | ) | ALL CASES |

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 29th day of June, 2007, filed electronically via CM/ECF a true copy of the within and foregoing in the United States District Court of appropriate jurisdiction, with notice of same being electronically served by the Court, addressed to the following:

| | |
|---|---|
| Lawrence A. Sutter, Esq. | Scott D. Hurray, Esq. |
| Thomas H. Terry, III, Esq. | Thomas S. Carlock, Esq. |
| James M. Popson, Esq. | Timothy J. Gardner, Esq. |
| SUTTER, O'CONNELL & FARCHIONE | CARLOCK, COPELAND, SEMLER |
| 3600 Erieview Tower | & STAIR, LLP |
| 1301 East 9th Street | 2600 Marquis II Tower, 285 |
| Cleveland, OH 44114 | Peachtree Center Avenue |
| *Counsel for Defendant, Aerofil* | Atlanta, Georgia 30303-1235 |
| *Technology, Inc.* | *Counsel for Defendant Ortec, Inc.* |
| | |
| Philip J. O'Rourke, Esq. | Albert H. Parnell, Esq. |
| Charles M. McGivney, Esq. | R. Scott Masterson, Esq. |

William Sanders, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004
*Counsel for Defendant, SLR, Inc.*

Charles R. Beans, Esq.
HAWKINS & PARNELL, LLP
4000 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
*Counsel for Defendant, Innovative Chemical Technologies, Inc.*

John P. MacNaughton, Esq.
Seslee S. Mattson, Esq.
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
*Counsel for Home Depot U.S.A., Inc.*

John R. Doyle, Esq.
J. Christian Nemeth, Esq.
MCDERMOTT, WILL & EMERY, LLP
227 West Monroe
Chicago, Illinois 60606-5096
*Counsel for Defendant, New Roanoke*

Frank A. Ilardi, Esq.
HOUCK, ILARDI, REGAS, LLC
Two Ravinia Drive, Suite 300
Atlanta, Georgia 30346
*Counsel for Plaintiffs, James Flynn and Laura Flynn*

Kerry Sigler Morgan, Esq.
Michael A. Breen, Esq.
BREEN & MORGAN ATTORNEYS
1700 Desetiny Lane
Bowling Green, Kentucky 42104
*Counsel for Plaintiff, Colby Norris*

Meryl S. Viener
SANDERS, SANDERS, BLOCK, WOYCIK, VIENER & GROSSMAN, P.C.
100 Herricks Road
Mineola, New York 11501
*Counsel for Plaintiffs, Christopher Szczepanski and Alina Szczepanski*

Paul B. Irvin, Esq.
TROUTMAN, WILLIAMS, IRVIN, GREEN, HELMS & POLICH, P.A.
311 West Fairbanks Avenue
Winter Park, FL 32789
*Counsel for Plaintiffs Daniel and Beth Delpha*

Steven C. Ruth, Esq.
BELTZ & RUTH, P.A.
150 Second Ave., North, 15th Floor
St. Petersburg, Florida 33701
*Counsel for Plaintiff, Emily Willis*

Glenn S. Pressman, Esq.
MELAT, PRESSMAN & HIGBIE, LLP
711 South Tejon Street
Colorado Springs, Colorado 80903
*Counsel for Plaintiff, Erika Wong*

| | |
|---|---|
| Sarah M. Blake, Esq.<br>WATTS LAW FIRM, L.L.P.<br>The Esperson Building<br>Suite 1600<br>815 Walker Street<br>Houston, TX 7702<br><br>*Counsel for Plaintiffs* | Mikal C. Watt, Esq.<br>William Joseph Maiberger, Jr.<br>WATTS LAW FIRM, LLP<br>Bank of America Plaza, Suite 100<br>300 Convent, Suite 100<br>San Antonio, TX 78205<br><br>*Counsel for Plaintiffs* |
| Joseph V. Gibson, Esq.<br>LAW OFFICES OF JOSEPH V. GIBSON, P.C.<br>2900 Weslayan, Suite 580<br>Houston, TX 77027<br>*Co-Counsel for Plaintiffs* | Scott P. Callahan, Esq.<br>LAW OFFICE OF SCOTT P. CALLAHAN, PC<br>1177West Loop South, Suite 720<br>Houston, TX 77027<br>*Co-Counsel for Plaintiffs* |

This 29th day of June, 2007.

                                        PRETZEL & STOUFFER, CHARTERED

                                        By:   /s/     Edward B. Ruff, III

                                        Edward B. Ruff, III (IL Bar No. 6181322)
Attorneys for ROANOKE COMPANIES GROUP INC. ("Old Roanoke") now BRTT INC.

Edward B. Ruff, III, Esq.
Michael P. Turiello, Esq.
Attorneys for ROANOKE COMPANIES GROUP INC. ("Old Roanoke") now BRTT INC.
PRETZEL & STOUFFER, CHARTERED
One South Wacker Dr., Suite 2500
Chicago, IL 60606
312-346-1973
312/346-8242

6