**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: STAND 'N SEAL PRODUCT LIABILITY LITIGATION | MDL Docket No.: 1:07-md-1804-TWT<br><br>1:07-cv-01038-TWT<br>Carson, et al. v. Roanoke Companies Group, Inc., et al. |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Defendants, ROANOKE COMPANIES GROUP, INC. now known as BRTT, INC. ("Roanoke"), HOME DEPOT U.S.A., INC. ("Home Depot") and AEROFIL TECHNOLOGY, INC. ("Aerofil") (collectively "Defendants"), by and through their attorneys, hereby move for leave, pursuant to LR 7.1D, to exceed the Local Rule page requirement and file their Memorandum of Law in Support of their Motion to Sever or, in the Alternative, for Separate Trials.  A copy of the proposed memorandum is filed contemporaneously herewith.  In support their motion to exceed the LR 7.1D page requirement, Defendants state as follows:

1.     This is a complex case involving multiple Plaintiffs, each requiring a separate description of individually applicable facts.

2307270

...

2. Pursuant to Federal Rules of Civil Procedure 20, 21 and 42and based on case law interpreting these Rules, Defendants seek to sever the claims of Plaintiffs, or in the alternative, to conduct separate trials for each plaintiff.

3. The misjoinder of Plaintiffs is likely to cause confusion and substantially harm Defendants at trial.

WHEREFORE, Defendants respectfully request that this Court enter the proposed Order enlarging the page limit for Defendants' Memorandum in Support of their Motion to Sever or, in the Alternative, for Separate Trials.

This 30th day of September, 2008

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

By: /s/ John P. MacNaughton
   John P. MacNaughton
   Georgia Bar Number 464550
   Seslee S. Mattson
   Georgia Bar Number 663377
   1600 Atlanta Financial Center
   3343 Peachtree Road, N.E.
   Atlanta, Georgia  30326
   Telephone:  (404) 233-7000
   Facsimile:  (404) 365-9532
   *Attorneys for Home Depot U.S.A., Inc.*

**PRETZEL & STOUFFER**

By: /s/ Edward B. Ruff
    Edward B. Ruff, Esq.
    Illinois Bar Number 6181322
    Michael P. Turiello, Esq.
    One South Wacker Drive, Suite 2500
    Chicago, Illinois  60606-4673

    *Counsel for Defendant, Old Roanoke*

**SUTTER, O'CONNELL & FARCHIONE**

By: /s/ Thomas H. Terry, III
    Thomas H. Terry, III, Esq.
    Ohio Bar Number 0016340
    3600 Erieview Tower
    1301 East 9th Street
    Cleveland, Ohio  44114

    *Counsel for Defendant, Aerofil Technology, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:  STAND 'N SEAL PRODUCT LIABILITY LITIGATION | MDL Docket No.: 1:07-md-1804-TWT  <br><br>1:07-cv-01038-TWT Carson, et al. v. Roanoke Companies Group, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served by electronic mail a true copy of the within and foregoing DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS upon the following counsel of record:

Kevin R. Dean, Esq.
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

*Counsel for Plaintiffs, Hilmija Dzebic and Fikreta Osmanik*

Anna Dubrovsky, Esq.
Claude Wyle, Esq.
Choulos, Choulos & Wyle, LLP
425 California Street, Suite 1800
San Francisco, CA  94104

*Counsel for Plaintiffs, Hilmija Dzebic and Fikreta Osmanik*

Craig W. Carlson, Esq.
Steven N. Walden, Esq.
The Carlson Law Firm, P.C.
400 West Jasper
P.O. Box 10520
Killeen, TX  76547

*Counsel for Plaintiff, Terri Keenan*

Michael A. Patrick
The Patrick Law Firm, LLC
111 E. Indiana Avenue
Berthoud, CO  80513

*Counsel for Plaintiff, Jacqueline Birdsall*

2307104 v01

Frank A. Ilardi, Esq.
Houck, Ilardi & Regas, LLC
Two Ravinia Drive, Suite 300
Atlanta, GA  30346

*Counsel for Plaintiffs, James Flynn and Laura Flynn*

Meryl S. Viener
Sanders, Sanders, Block, Woycik, Viener & Grossman, P.C.
100 Herricks Road
Mineola, NY  11501

*Counsel for Plaintiffs, Christopher Szczepanski and Alina Szczepanski*

Steven C. Ruth, Esq.
Beltz & Ruth, P.A.
150 Second Ave. North, 15th Floor
St. Petersburg, FL  33701

*Counsel for Plaintiff, Emily Willis*

Mikal C. Watts, Esq.
William Joseph Maiberger, Jr., Esq.
Francisco Guerra, IV, Esq.
Watts Law Firm, LLP
300 Convent, Suite 100
San Antonio, TX  78205

*Lead Counsel for All Plaintiffs*

Kerry Sigler Morgan, Esq.
Michael A Breen, Esq.
Breen & Morgan Attorneys
870 Fairview Avenue, Ste. 5
Bowling Green, KY  42101

*Counsel for Plaintiff, Colby Norris*

Paul B. Irvin, Esq.
Troutman, Williams, Irvin, Green, Helms & Polich, P.A.
311 West Fairbanks Avenue
Winter Park, FL 32789

*Counsel for Plaintiffs Daniel and Beth Delpha*

Glenn S. Pressman, Esq.
Melat, Pressman & Higbie, LLP
711 South Tejon Street
Colorado Springs, CO  80903

*Counsel for Plaintiff, Erika Wong*

Joseph V. Gibson, Esq.
Law Office of Joseph V. Gibson, P.C.
10330 Lake Road - Building V
Houston, TX  77070

*Co-Lead Counsel for Plaintiffs*

2307104 v01

Scott P. Callahan, Esq.
Law Office of Scott P. Callahan, PC
One Riverway, Suite 1700
Houston, TX  77056

*Co-Lead Counsel for Plaintiffs*

Richard B. Gavend, Esq.
3515 South Tamarac Drive
Suite 200
Denver, CO  80237

*Counsel for Plaintiff,
Dorothy Paszak*

Scott B. Cooper, Esq.
The Cooper Law Firm
2030 Main Street
Suite 1300
Irvine, CA  92614

*Counsel for Plaintiffs, Michael Holland and Eileen Moreno*

Jonathan H. Groff, Esq.
Law Offices of Kirshner & Groff
5901 SW 74th Street, Suite 404
South Miami, FL  33143

*Counsel for Plaintiff, Kelly Wait*

John W. Trueax, Esq.
Kiel, Trueax & Gold, P.C.
7375 East Orchard Road #300
Greenwood Village, CO  80111

*Counsel for Plaintiff, Hunter E. Frary*

Neil Hillyard, Esq.
Daniel A. Sloane, Esq.
Hillyard, Wahlberg, Kudla & Sloane, LLP
4601 DTC Boulevard, Suite 300
Denver, CO  80237

*Counsel for Plaintiffs, Sandie Himmelman, Brian Himmelman, Tyler Himmelman*

William J. Lamping
Vestevich, Mallender, DuBois & Dritsas, P.C.
6905 Telegraph Road, Suite 300
Bloomfield, MI  48301-3160

*Counsel for Plaintiffs, Richard Bergman and Donna Bergman*

Patrick M. Martucci
The Hershewe Law Firm, P.C.
431 S. Virginia Ave.
Joplin, MO  64801-2399

*Counsel for Plaintiff, Miles Carpenter*

2307104 v01

Kenneth J. Allen, Esq.
Michael T. Terwilliger, Esq.
Kenneth J. Allen & Associates, P.C.
Allen Law Building
1109 Glendale Blvd.
Valparaiso, IN  46383

*Counsel for Plaintiffs, Dennis Custy and Anne Custy*

Richard O. Robinson, Esq.
Richard O. Robinson, P.C.
14 Lafayette Square
Suite 800 Rand Building
Buffalo, NY  14203

*Counsel for Plaintiff, Timothy J. Sears*

John R. Doyle, Esq.
J. Christian Nemeth, Esq.
McDermott Will & Emery LLP
227 West Monroe
Chicago, IL  60606-5096

*Counsel for Defendant, New Roanoke*

Thomas H. Terry, III, Esq.
Sutter, O'Connell & Farchione
3600 Erieview Tower
1301 East 9th Street
Cleveland, OH  44114

*Counsel for Defendant, Aerofil Technology, Inc.*

Patrick J. Murphy, Esq.
Michael R. Small, Esq.
Murphy, Small & Associates
1100 East Bridger Avenue
Las Vegas, NV  89101

*Counsel for Plaintiffs, Sheilah Williams and Steve Williams*

Edward B. Ruff, Esq.
Michael P. Turiello, Esq.
Pretzel & Stouffer
One South Wacker Drive, Suite 2500
Chicago, IL  60606-4673

*Counsel for Defendant, Old Roanoke*

Albert H. Parnell, Esq.
R. Scott Masterson, Esq.
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243

*Counsel for Defendant, Innovative Chemical Technologies, Inc.*

Charles M. McGivney, Esq.
Philip J. O'Rourke, Esq.
William Sanders, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, NY  10004

*Counsel for Defendant, SLR, Inc.*

2307104 v01

Scott D. Huray, Esq.
Timothy J. Gardner, Esq.
Carlock, Copeland, Semler & Stair, LLP
2600 Marquis II Tower
285 Peachtree Center Avenue
Atlanta, GA  30303-1235

*Counsel for Defendant Ortec, Inc.*

    This 30th day of September, 2008.

                                    */s/* John P. MacNaughton
                                    Attorney for Defendant
                                    Home Depot U.S.A., Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VICKI CARSON, LINDALL FLEWELLING, ) <br> PATRICIA FLEWELLING, JOHN HICKS, ) <br> GERALD JAMES, LUGUENE O'FALLON ) <br> and DOUGLAS WILSON ) <br>       Plaintiffs, ) <br> v. ) <br> ) <br> ROANOKE COMPANIES GROUP, INC., ) <br> now know as BRTT, INC., ) <br> ROANOKE COMPANIES GROUP, INC. ) <br> Individually and as Successor in Interest ) <br> to ROANOKE COMPANIES GROUP, INC. ) <br> HOME DEPOT U.S.A., INC., SLR, INC., ) <br> AEROFIL TECHNOLOGY, INC. ) <br> INNOVATIVE CHEMICAL ) <br> TECHNOLOGIES, INC., and ORTEC, INC., ) <br>       Defendants. ) | Civil Action NO. <br> 1:07-cv-01038-TWT <br><br><br><br> Stand 'n Seal Products <br> Liability MDL Case <br> No.: 1:07-md-1804-TWT |

## **PROPOSED ORDER**

THIS MATTER, having come before the Court upon the Defendants' Motion for Leave to Exceed LR 7.1D Page Limit, and the Court having considered same, and for good cause shown;

IT IS HEREBY ORDERED that Defendants' Motion for Leave to Exceed LR 7.1D Page Limit is granted.

2307104 v01

SO ORDERED, this \_\_\_\_ day of October 2008.

_____
THOMAS THRASH
United States District Judge