**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE: STAND 'N SEAL PRODUCTS LIABILITY LITIGATION** | ) | **MDL DOCKET NO. 07-1804** |
| | ) | **Richard Bergman et al. v. Roanoke Companies Group Inc., et al. 1:08-cv-00141-TWT** |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENT FOR DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant, ROANOKE COMPANIES GROUP, INC., now known as BRTT, INC. ("Roanoke"), by and through their attorneys, and pursuant to Local Rule 7.1(D), hereby moves for leave to exceed the Local Rule page limit requirement for Defendant's Memorandum of Law in Support of Its Motion For Summary Judgment ("Defendant's Memorandum of Law")..

1. The Defendant's Memorandum of Law will significantly further the Court's resolution of these complex, consolidated cases.

2. The Defendant's Memorandum of Law presents complex factual and legal issues involving the Plaintiffs' burden of proof on general causation which require a detailed description and discussion of the evidence and applicable law.

WHEREFORE, Defendant requests that this Court grant Defendant's Motion for Leave to Exceed Page Limit Requirement for Defendant's

Memorandum of Law and for such other further relief as the Court deems just and proper.

This 15th Day of December, 2008

        Respectfully submitted,

        **PRETZEL & STOUFFER, CHTD.**

    By:   /s/    Edward B. Ruff, III
           Illinois Bar No. 6181322
           One S. Wacker Dr., Ste. 2500
           Chicago, IL 60606
           Phone: 312-346-1973
           Fax: 312-346-8242
           *Counsel for Roanoke Companies Group, Inc. n/k/a BRTT Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

I hereby certify that the attached, **Defendant's Motion for Leave to Exceed Page Limit Requirement for Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment** is in compliance with paper filing requirement of Local Rule 5.1B, uses Times New Roman 14 point font, as approved by the Northern District of Georgia in Local Rule 5.1C.

By: /s/ Edward B. Ruff, III
*Counsel for Roanoke Companies Group, Inc. n/k/a BRTT Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE: STAND 'N SEAL PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL DOCKET NO. 07-1804** <br> **Richard Bergman et al. v. Roanoke Companies Group Inc., et al. 1:08-cv-00141-TWT** |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2008, I sent via first class mail and/or electronic mail communication **Defendant's Motion for Leave to Exceed Page Limit Requirement for Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment** to the following counsel of record:

Lawrence A. Sutter, Esq.
Thomas H. Terry, III, Esq.
James M. Popson, Esq.
SUTTER, O'CONNELL & FARCHIONE
3600 Erieview Tower
1301 East 9th Street
Cleveland, OH 44114
tterry@sutter-law.com
lsutter@sutter-law.com
jpopson@sutter-law.com
Fax: 216-928-4400
*Counsel for Defendant, Aerofil Technology, Inc.*

Scott D. Huray, Esq.
Thomas S. Carlock, Esq.
Timothy J. Gardner, Esq.
CARLOCK, COPELAND, SEMLER & STAIR, LLP
2600 Marquis II Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303-1235
shuray@carlockcopeland.com
tgardner@carlockcopeland.com
*Counsel for Defendant Ortec, Inc.*

Philip J. O'Rourke, Esq.
Charles M. McGivney, Esq.
William Sanders, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004
212-509-3456
Cmcgivney@mcgivneyandkluger.com
PORourke@mcgivneyandkluger.com
Wsanders@mcgivneyandkluger.com
*Counsel for Defendant, SLR, Inc.*

Albert H. Parnell, Esq.
R. Scott Masterson, Esq.
HAWKINS & PARNELL, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
404-614-7400
Fax: 404-6614-7500
aparnell@hplegal.com
smasterson@hplegal.com
erussell@hplegal.com
*Counsel for Defendant, Innovative Chemical Technologies, Inc.*

Sara Sadler Turnipseed
Patrick Heal
NELSON, MULLINS, RILEY & SCARBOOROUGH, LLP
999 Peachtree Street, Suite 1400
Atlanta, GA 30309
sara.turnipseed@nelsonmullins.com
*Counsel for SLR, Inc.*

John P. MacNaughton
Seslee S. Mattson
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
jmacnaughton@mmmlaw.com
smattson@mmmlaw.com
cme@mmmlaw.com
*Counsel for Defendant, Home Depot U.S.A., Inc.*

John R. Doyle, Esq.
J. Christian Nemeth, Esq.
McDermott Will & Emery LLP
227 West Monroe
Chicago, Illinois 60606-5096
jdoyle@mwe.com
*Counsel for Defendant, New Roanoke*

Frank A. Ilardi, Esq.
HOUCK, ILARDI & REGAS, LLC
Two Ravinia Drive, Suite 300
Atlanta, Georgia 30346
Fax: 770-392-6083
frank@hirlaw.com
*Counsel for Plaintiffs, James Flynn and Laura Flynn*

Michael A Breen, Esq.
Kerry Sigler Morgan, Esq.
BREEN & MORGAN ATTORNEYS
1700 Destiny Lane
Bowling Green, Kentucky 42104
Fax: 270-782-3855
mike@breenandmorgan.com
brenda@breenandmorgan.com
*Counsel for Plaintiff, Colby Norris*

Richard B. Gavend
351 South Tamarac Drive
Suite 200
Denver, Colorado 80237

*Counsel for Dorothy Paszak*

Meryl S. Viener
SANDERS, SANDERS, BLOCK, WOYCIK, VIENER & GROSSMAN, P.C.
100 Herricks Road
Mineola, New York 11501
516-741-5252
Fax: 516-741-0799
mviener@ssbwlaw.com
*Counsel for Plaintiffs, Christopher Szczepanski and Alina Szczepanski*

Paul B. Irvin, Esq.
TROUTMAN, WILLIAMS, IRVIN, GREEN, HELMS & POLICH, P.A.
311 West Fairbanks Avenue
Winter Park, FL 32789
pbi.com@juno.com
ahughes@troutmanwilliams.com
*Counsel for Plaintiffs*

*Daniel and Beth Delpha*

Steven C. Ruth, Esq.
BELTZ & RUTH, P.A.
1520 Second Ave. North, 15th Floor
St. Petersburg, Florida 33701
Fax: 727-323-7720
attorneys@beltzandruth.com
*Counsel for Plaintiff, Emily Willis*

Glenn S. Pressman, Esq.
MELAT, PRESSMAN & HIGBIE, LLP
711 South Tejon Street
Colorado Springs, Colorado 80903
Fax: 719-475-0242
gpressman@spingslaw.com
*Counsel for Plaintiff, Erika Wong*

Mikal C. Watts, Esq.
William Joseph Maiberger, Jr., Esq.
Francisco Guerra, IV, Esq.
WATTS LAW FIRM, LLP
300 Convent, Suite 100
San Antonio, Texas 78205
Fax: 210-527-0501
mwtts@wattslawfirm.com
wmaiberger@wattslawfirm.com
*Counsel for Plaintiffs*

Joseph V. Gibson, Esq.
LAW OFFICE OF JOSEPH V. GIBSON, P.C.
2900 Weslayan, Ste. 580
Houston, Texas 77027
1-800-581-4818
713-333-4313
Fax: 713-333-4315
jgibson@jvglaw.com
*Co-Counsel for Plaintiffs*

Scott P. Callahan, Esq.
LAW OFFICE OF SCOTT P. CALLAHAN, PC
One Riverway, Suite 1700
Houston, Texas 77056
*Co-Counsel for Plaintiffs*

Craig W. Carlson, Esq.
Steven N. Walden, Esq.
THE CARLSON LAW FIRM, P.C.
P.O. Box 10520
Killeen, TX 76547
*Counsel for Plaintiff, Terri Keenan*

John W. Trueax, Esq.
KIEL, TRUEAX & GOLD, LLC
7375 East Orchard Road
Suite 300
Greenwood Village, CO 80111
*Counsel for Plaintiff Hunter E. Frary*

Michael A. Pratrick
THE PATRICK LAW FIRM, LLC
111 E. Indiana Avenue
Berthoud, Colorado 80513

*Counsel for Jacqueline Birdsall*

William J. Lamping
VESTEVICH MALLENDER
6905 Telegraph Road
Suite 300
Bloomfiled Hills, MI 48301

*Counsel for Donna Bergman*

Jonathan Hayes Groff
LAW OFFICES OF JONATHAN HAYES GROFF
5901 SW 74th Street
Miami, FL 33143
*Counsel for Kelly Wait*

Scott B. Cooper, Esq.
THE COOPER LAW FIRM
2030 Main Street, Suite 1300
Irvine, CA 92614
*Counsel for Plaintiffs, Michael Holland and Eileen Moreno*

Richard O. Robinson, P.C.
14 Lafayette Square
Suite 800 Rand Building
Buffalo, New York 14203
*Counsel for Plaintiff, Timothy J. Sears*

Neil Hillyard
Daniel A. Sloane
HILLYARD, WAHLBERG, KUDLA & SLOAN, LLP
54458 DTC Parkway, Suite 750
Englewood, CO 80111

*Counsel for Sandie Himmelman*

Kevin R. Dean
MOTLEY RICE, LLC-SC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

*Counsel for Fikrena Osmanik and Hilmija Dzebic*

This 15th day of December, 2008.

    /s/ Edward B. Ruff
Edward B. Ruff, III
(IL Bar No. 6181322)
***ROANOKE COMPANIES GROUP, INC. n/k/a BRTT, INC.***

Edward B. Ruff, III, Esq.
Michael P. Turiello, Esq.
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, IL 60606
312-346-1973
312/346-8242