# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:07-md-01804-TWT
### IN RE Stand 'N Seal, Products Liability Litigation
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 01/16/2009.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:58 P.M.
TIME IN COURT: 0:58

COURT REPORTER: Susan Baker
DEPUTY CLERK: Sheila Sewell

**ATTORNEY(S) PRESENT:**
Scott Huray representing Ortec, Inc.
Frank Ilardi representing plaintiffs
William Lamping representing Donna & Richard Bergman
John MacNaughton representing Home Depot USA, Inc.
William Maiberger representing Plaintiffs
Seslee Mattson representing Home Depot, Inc.
Albert Parnell representing Innovative Chemical Technologies, Inc.
Edward Ruff representing Roanoke Companies Group, Inc.
Thomas Terry representing Aerofil Technology, Inc.
** Alex Miller for plaintiffs

**PROCEEDING CATEGORY:**
Status Conference(Other Proceeding Non-evidentiary);

**MINUTE TEXT:**
The Court heard briefly from plaintiffs' counsel and defendants' counsel as to status of the case and then turned to the proposed agendas submitted by counsel. The Court decided that the case-specific discovery period for the Flynn and Adams cases will begin 1/20/09 and end 5/20/09 with a goal of trial dates of July 6, 2009 for the Flynn case and September 8, 2009 for the Adams case unless undone due to developments in the cases. Thereafter the Court will make decision about remand of cases to transferor courts. Defendants have 21 days from today to file motion to Exclude or Objecting to affidavits filed by plaintiffs in response to defendants' MSJ & Daubert Motions. Plaintiffs have 21 days to file responses and defendants have 10 days to file any replies. Mr. MacNaughton to prepare order setting out these deadlines with specific dates, have reviewed as to form by Mr. Maiberger and submit to the Court for signature. There will be no video feed of trials of bellwether cases. The next status conference date will be in February and counsel are to contact Ms. Sewell for a date.

**HEARING STATUS:**  Hearing Concluded