# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:07-md-01804-TWT
## IN RE Stand 'N Seal, Products Liability Litigation
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Chambers on 04/07/2009.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:47 A.M.
TIME IN COURT: 0:47

COURT REPORTER: Susan Baker
DEPUTY CLERK: Sheila Sewell

ATTORNEY(S) PRESENT:
Mikal Watts, William Maiberger, Frank Ilardi representing plaintiffs
Phillip O'Rourke representing SLR
Edward Ruff, Michael Turiello representing Roanoke
Thomas Terry representing Aerofil
John MacNaughton, Seslee Mattson representing Home Depot
Scott Huray representing Ortec
Robert Gilbreath for Albert Parnell representing Innovative Chemical
William Lamping representing D. & R. Bergman
Michael Patrick representing J. Birdsall

PROCEEDING CATEGORY: Status Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: The Court followed the Joint Agenda prepared by counsel. Counsel reported on the settlement status. Defense counsel advised the court that they would be withdrawing portion of certain dispositive motions. Plaintiffs' counsel advised the court regarding payment of funds relating to February 2009 settlements and the 6/22/09 trial date of Arizona State Court cases. The Court granted plaintiffs continuance of trial in the "Flynn" case for one week. The trial will begin July 13, 2009. Parties have until May 11 to supplement disclosures. Expert disclosures due May 1, 2009. The Proposed Pretrial Order is due June 10, 2009 and the Pretrial Conference will be held June 12, 2009 at 2:00 p.m., in chambers lead counsel for all parties must appear in person. Motions in Limine due July 6, 2009. Mr. MacNaughton to prepare order setting out deadlines determined during the conference have reviewed as to form by plaintiffs' counsel and submit to the Court.

HEARING STATUS: Hearing Concluded