# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:07-md-01804-TWT
## IN RE Stand 'N Seal, Products Liability Litigation
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Chambers on 06/03/2009.

TIME COURT COMMENCED: 2:99 P.M.
TIME COURT CONCLUDED: 2:20 P.M.
TIME IN COURT: 0:20

COURT REPORTER: Susan Baker
DEPUTY CLERK: Sheila Sewell

ATTORNEY(S) PRESENT: William Maiberger & William Lamping for plaintiffs
John MacNaughton, Ed Ruff, Matthew Moffett, Scott Huray various defendants

PROCEEDING CATEGORY: Status Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: The Court heard from counsel and followed the joint proposed agenda. The Court advised counsel that he is making progress on the dispositive motions as related to the upcoming trial. Counsel reported to the Court that the parties are cooperating and have agreed to a schedule on case specific discovery and to be ready for trial in July. Counsel advised the Court that counsel are meeting later today and tomorrow regarding settlement of individual cases. Counsel advised the Court that the Warden has advised that an order from the Court directing the deposition of Jim Robinson is required. Counsel for plaintiffs to submit order to the Court for signature. Judge advised counsel to schedule the next status conference for the first or second week of August after the trial of the Flynn case.

HEARING STATUS: Hearing Concluded