IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE STAND 'N SEAL, PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1804<br>1:07-md-1804-TWT |
| WALTER ADAMS, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ROANOKE COMPANIES GROUP, INC., now known as Britt, Inc., et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:07-CV-686-TWT |

## ORDER

These are personal injury cases consolidated for pretrial proceedings. The Defendants' Motions for Oral Argument [Doc. 72, 81, 90 and 101] are DENIED as moot.

SO ORDERED, this 16 day of July, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\Stand n Seal - MDL Cases\07cv686\oral.wpd