IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: STAND ' SEAL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 1:07md1804-TWT |
| JAMES FLYNN and LAURA FLYNN<br><br>　　　Plaintiff<br><br>v.<br><br>ROANOKE COMPANIES GROUP, INC., et al<br><br>　　　Defendants | CIVIL ACTION NO. 1:06cv1809-TWT |

O R D E R

Plaintiffs' Motion for Dismissal under Federal Rule of Civil Procedure 41(a)(2) [223] is before the Court for determination. The Court GRANTS the Motion and dismisses all remaining defendants in this individual action with prejudice.

SO ORDERED, this 28th day August, 2009.

　　　　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE