2 pages
LAW OFFICES OF LES HAIT
Les Hait, Esq. / SBN 54922
762 East Avenue
Chico, California 95926
Phone: (530) 895-3352
Fax: (530) 895-0401
Email: leshaitlaw@sbcglobal.net

Attorney for Plaintiff, Larrie Finnigan

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

AUG 3 1 2009

JAMES N. HATTEN, Clerk
By: S. Senkel, Deputy Clerk

R'cvd IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 7 2009

JAMES N. HATTEN, CLERK
By:

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### (ATLANTA DIVISION)

| | |
|---|---|
| IN RE: STAND 'N SEAL<br>PRODUCTS LIABILITY LITIGATION | 1:07 MDL 1804-TWT<br><br>Case No.: 1:09-CV-00578-TWT<br><br>ADVERSARY NO.: 07-02451-C |
| LARRIE FINNIGAN,<br>                Plaintiff,<br>v.<br>TITLE PERFECT, INC., et al.<br>                Defendants. | |

## ORDER GRANTING PLAINTIFF LARRIE FINNIGAN'S
## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

BE IT REMEMBERED that on this day the Court considered LARRIE FINNIGAN'S Motion for Voluntary Dismissal Without Prejudice. The Court, after reviewing and considering the averments therein, find that such dismissal should be in all things GRANTED.

LAW OFFICES OF
LES HAIT
*Professional Corporation*
762 EAST AVENUE
CHICO, CALIFORNIA 95926

1
ORDER GRANTING PLAINTIFF LARRIE FINNIGAN'S
MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS THEREFORE ORDERED that Plaintiff Larrie Finnigan's Motion for Voluntary Dismissal is GRANTED and, accordingly, LARRIE FINNIGAN'S claims are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Dated: 8/31/09

*Thomas W. Thrash*
HONORABLE THOMAS W. THRASH, JR.

LAW OFFICES OF
LES HAIT
Professional Corporation
762 EAST AVENUE
CHICO, CALIFORNIA 95926

2
ORDER GRANTING PLAINTIFF LARRIE FINNIGAN'S
MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE