IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE STAND 'N SEAL, PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1804 ALL CASES <br><br> 1:07 MD1804-TWT |
| EMILY WILLIS, as Personal Representative of the Estate of PHILLIP B. WILLIS, III, deceased, <br><br>   Plaintiff, <br><br>     v. <br><br> HOME DEPOT U.S.A., INC. doing business as The Home Depot, et al., <br><br>   Defendants. | CIVIL ACTION FILE NO. 1:07-CV-131-TWT |
| COLBY NORRIS, <br><br>   Plaintiff, <br><br>     v. <br><br> COLOR CAULK, a subsidiary of Roanoke Companies Group, et al., <br><br>   Defendants. | CIVIL ACTION FILE NO. 1:07-CV-140-TWT |
| MICHAEL LENHART, | |

| | |
|---|---|
| Plaintiff, | |
| v. | CIVIL ACTION FILE<br>NO. 1:07-CV-161-TWT |
| ROANOKE COMPANIES GROUP, INC., et al., | |
| Defendants. | |
| | |
| DAVID KOEHLER, et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION FILE<br>NO. 1:07-CV-186-TWT |
| ROANOKE COMPANIES GROUP, INC. doing business as Tile Perfect, et al., | |
| Defendants. | |
| | |
| GERALD WILLIAMS, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE<br>NO. 1:07-CV-219-TWT |
| ROANOKE COMPANIES GROUP, INC., et al., | |
| Defendants. | |

## ORDER

These are personal injury actions pending in the Stand 'n Seal MDL proceeding. The Court has been advised that the individual cases identified above

have been settled. The Clerk is directed to close these cases.

SO ORDERED, this 9 day of February, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge