# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE STAND 'N SEAL, ) | MDL DOCKET NO. 1804 |
| PRODUCTS LIABILITY ) | 1:07-MD-1804-TWT |
| LITIGATION ) | |
| ) | |
| MICHAEL BELL ) | 1:07-cv-00687-TWT |
| ET AL. ) | |
|    Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| ROANOKE COMPANIES, ) | |
| GROUP, INC., ET AL. ) | |
|    Defendants ) | |

## JOINT PROPOSED SCHEDULING ORDER
## BELL PLAINTIFFS – APRIL TRIAL

| | | |
|---|---|---|
| 1 | Defendants' Case Specific Expert Disclosures | March 15, 2010 |
| 2 | Deadline for Parties to Submit Their Portions of PTO | March 30, 2010 |
| 3 | Submission of Joint Pre-Trial Order | April 1, 2010 |
| 4 | Motions in Limine | April 1, 2010 |
| 5 | Objections to designated trial exhibits | April 8, 2010 |
| 6 | Objections to deposition designations and counter designations | April 8, 2010 |

| 7 | Responses to Motions in Limine | April 8, 2010 |
|---|---|---|
| 8 | Pre-Trial Conference | April 7th at 2:00 p.m. |
| 9 | Trial | April 12, 2010 |

**DONE** this 22nd day of February, 2010.

        /s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

**AGREED AS TO FORM:**

| /s/ William J. Maiberger, Jr.<br>Mikal C. Watts<br>State Bar No. 20981820<br>William J. Maiberger, Jr.<br>State Bar No. 00787949<br>WATTS GUERRA CRAFT LLP<br>Bank of America Plaza, Suite 100<br>300 Convent<br>San Antonio, Texas  78205<br><br>LEAD COUNSEL FOR MDL PLAINTIFFS | /s/ John P. MacNaughton<br>John P. MacNaughton<br>State Bar No. 464550<br>Seslee S. Mattson<br>State Bar No. 663377<br>MORRIS, MANNING & MARTIN, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326<br><br>LEAD COUNSEL FOR MDL DEFENDANTS |
|---|---|