# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:07-cv-00687-TWT & 1:07md1804-TWT**
**Bell et al v. Roanoke Companies Group, Inc. et al**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 04/07/2010.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:25 P.M.
TIME IN COURT: 0:25
COURT REPORTER: Susan Baker
DEPUTY CLERK: Sheila Sewell

ATTORNEY(S) PRESENT:   Joseph Gibson and Diane Price for plaintiffs
Edwarad Ruff and Mike Turiello for Roanoke
Thomas Terry and James Popson for Aerofil
John MacNaughton and John Williamson for Home Depot

PROCEEDING CATEGORY:   Pretrial Conference;

MINUTE TEXT:   The Court heard from counsel as to the status of the case. Both sides announced ready for trial on Tuesday April 13, 2010. The Court reviewed the proposed Pretrial Order with the Court. The Court will allow plaintiffs 30 minutes for opening statements and defendants collectively 1 hour. Each side will have 30 minutes for the general questions and any follow up. 12 jurors will be selected, each side will have at least 3 strikes and more if sufficient jurors remain after any excuses for cause. Objections to proposed voir dire should be filed by Friday (4/9/10). Each side will have 20 hours for presentation of their case. Plaintiffs will have 1 1/2 hours for closing and defendants collectively will have 2 hours. The Court approved Aerofils request for bifurcation as to punitive damages. Pretrial order signed.

HEARING STATUS:   Hearing Concluded