IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JODI LEATHAM

    Plaintiff(s)

v.

ROANOKE COMPANIES GROUP,
INC., now known as Britt, Inc., et al

    Defendant(s)

CIVIL ACTION NO.
1:07cv0687-TWT

1:07md1804-TWT

## JUDGMENT

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of the Defendants ROANOKE COMPANIES GROUP, INC., now known as Britt, Inc., HOME DEPOT U.S.A., INC. and AEROFIL TECHNOLOGY, INC. and against the Plaintiff JODI LEATHAM.

It is Ordered and Adjudged that plaintiff take nothing, that the action be dismissed and that the defendants ROANOKE COMPANIES GROUP, INC., now known as Britt, Inc., HOME DEPOT U.S.A., INC. and AEROFIL TECHNOLOGY, INC recover of the plaintiff JODI LEATHAM their costs of action.

April 28, 2010

JAMES N. HATTEN, Clerk

By /s/Sheila T. Sewell
    Deputy Clerk